UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 22-191 JRT

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID WILLIAM NELSON,

Defendant.

**INFORMATION**

21 U.S.C. § 331(a)
21 U.S.C. § 333(a)(2)

THE UNITED STATES ATTORNEY CHARGES THAT:

### INTRODUCTION

At times relevant to this Information:

1.  Defendant DAVID WILLIAM NELSON was the owner and president of Company A, a coffee wholesaler located in the State and District of Minnesota. Company A sold coffee to hundreds of customers, including customers outside the State and District of Minnesota.

2.  Pursuant to Title 21, United States Code, Section 334, Defendant DAVID WILLIAM NELSON was required to sell the coffee, a food product, with an accurate net weight on the packaging.

### COUNT 1
### (Felony Misbranding)

3.  The allegations contained in paragraphs 1 through 2 are realleged and incorporated as if fully set forth in this paragraph.

SCANNED
AUG 17 2022
U.S. DISTRICT COURT MPLS

United States v. David William Nelson

4.  From on or around January 2014 and continuing through April 2018, in the State and District of Minnesota, the defendant,

**DAVID WILLIAM NELSON**,

with the intent to defraud or mislead, did knowingly and willfully introduce and deliver for introduction into interstate commerce food that was misbranded, to wit: coffee which was packaged without accurate net weight on the packaging and sold to customers with invoices reflecting an inaccurate net weight greater than the packaging actually contained, all in violation of Title 21, United States Code, Sections 331(a) and 333(a)(2).

Dated:                                              ANDREW M. LUGER
                                                    United States Attorney


                                                    *s/ Lindsey E. Middlecamp*

                                                    BY:  LINDSEY E. MIDDLECAMP
                                                    Assistant United States Attorney
                                                    Attorney Reg. No. 0392589